# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number:

CYNTHIA REDMAN, individually and on behalf of all others similarly situated
v.
METROPOLITIAN PIER AND EXPOSITION AUTHORITY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

FILED
APRIL 7, 2008                                              YM
08CV1957
JUDGE NORDBERG
MAGISTRATE JUDGE MASON

| NAME (Type or print) |
| --- |
| Stacy Bardo |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ /s/ Stacy Bardo |

| FIRM |
| --- |
| The Consumer Advocacy Center, P.C. |

| STREET ADDRESS |
| --- |
| 180 W. Washington Street, Suite 700 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6271913 | 312-782-5808 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐