## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08CV1957

PLAINTIFF:
**Cynthia Redman,**

vs.

DEFENDENT:
**Metropolitan Pier and Exposition Authorty,**

For:
The Consumer Advocacy Center, P.C.
180 West Washington Street
Suite 700
Chicago, IL 60602

Received by Lakeside Investigations, Inc. on the 11th day of April, 2008 at 4:55 pm to be served on **Metropolitan Pier And Exposition Authority c/o Theresa Love, 301 E. Cermak Road, Chicago, IL 60616.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **15th day of April, 2008** at **12:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Theresa Love** as **Managing Agent** for **Metropolitan Pier And Exposition Authority**, at the address of: **301 E. Cermak Road, Chicago, IL 60616**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 155, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/12/09

**Robert C. Regalado - Process Server**

Subscribed and Sworn to before me on the 16th day of April, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**Lakeside Investigations, Inc.**
**6351 W. Montrose Ave.**
**#154**
**Chicago, IL 60634**
**(800) 636-1511**
Our Job Serial Number: 2008001633