AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CYNTHIA REDMAN

Plaintiff,

V.

METROPOLITAN PIER AND EXPOSITION, AUTHORITY,

Defendant.

CASE NUMBER: 08 CV 1957

ASSIGNED JUDGE: Judge Nordberg

DESIGNATED MAGISTRATE JUDGE: Judge Mason

TO: (Name and address of Defendant)

Metropolitan Pier and Exposition Authority
c/o Theresa Love
Corporate Center
301 E. Cermak Road
Chicago, IL 60616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 W. Washington, Suite 700
Chicago, IL 60602-2318

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*(signature)*
(By) DEPUTY CLERK

APR 0 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE 4/15/2008 @ 12:05 P.M. |
| NAME OF SERVER (PRINT) ROBERT C. REGALADO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 301 E. CERMACK ROAD, CHICAGO, IL 60616 c/o THERESA LOVE, MANAGING AGENT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/16/2008
Date

Signature of Server

Address of Server

PMB 154
6351 W Montrose Ave
Chicago Il 60634

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.