IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA REDMAN,<br>individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN PIER AND EXPOSITION<br>AUTHORITY,<br><br>Defendant. | CA No.: 08-1957<br><br>Hon. John A. Nordberg<br><br>Hon. Michael T. Mason, Mag. J. |

**AGREED MOTION OF METROPOLITAN PIER
AND EXPOSITION AUTHORITY FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND**

Plaintiff Cynthia Redman ("Ms. Redman") served Defendant Metropolitan Pier and Exposition Authority ("MPEA") with a Summons and Complaint on April 15, 2008. MPEA's response is currently due on May 5, 2008.

In order to more fully investigate the allegations contained in the Complaint, MPEA respectfully requests an extension of thirty (30) days from May 5, 2008 until June 4, 2008 to answer or otherwise respond to Ms. Redman's Complaint.

Counsel to Ms. Redman was consulted and consents to the thirty-day extension.

Respectfully submitted,

/s/ Gordon B. Nash, Jr.
Gordon B. Nash, Jr. (ARDC No. 02017199)
David S. Almeida (ARDC No. 6285557)

                              DRINKER BIDDLE & REATH LLP
                              191 N. Wacker Dr., Suite 3700
                              Chicago, IL 60606-1698

                              Tel: (312) 569-1000
                              Fax: (312) 569-3000
                              *Attorneys for Metropolitan Pier and*
                              *Exposition Authority*

DATED: April 25, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2008, a copy of the above and Foregoing **Agreed Motion Of Metropolitan Pier And Exposition Authority For An Extension Of Time To Answer Or Otherwise Respond** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Justin O. Kay
Justin O. Kay