IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA REDMAN, individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN PIER AND EXPOSITION AUTHORITY, <br><br> Defendant. | CA No.: 08-1957 <br><br> Hon. John A. Nordberg <br><br> Hon. Michael T. Mason, Mag. J. |

## NOTICE OF AGREED MOTION

To:

Lance A. Raphael
Stacy Michelle Bardo
Allison Amy Krumhorn
Consumer Advocacy Center, P.C.
180 W. Washington
Suite 700
Chicago, IL 60602-2318

Paul F. Markoff
Markoff Law Firm, LLC
180 West Washington Street
Suite 700
Chicago, IL 60602-2318

**PLEASE TAKE NOTICE** that on Wednesday, April 30, 2008 at 2:30 p.m., Defendant Metropolitan Pier and Exposition Authority will present its **Agreed Motion For An Extension Of Time To Answer Or Otherwise Respond** before the Honorable John A. Nordberg in Courtroom 1801 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

                                Respectfully submitted,

                                /s/ Gordon B. Nash, Jr.
                                Gordon B. Nash, Jr. (ARDC No. 02017199)
                                David S. Almeida (ARDC No. 6285557)

                                DRINKER BIDDLE & REATH LLP
                                191 N. Wacker Dr., Suite 3700
                                Chicago, IL 60606-1698

                                Tel: (312) 569-1000
                                Fax: (312) 569-3000
                                *Attorneys for Metropolitan Pier and Exposition Authority*

DATED: April 25, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2008, a copy of the above and Foregoing **Notice of Agreed Motion** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Justin O. Kay
Justin O. Kay