UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA REDMAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No.   08 C 1957 |
| v. | ) ) | Judge Nordberg |
| METROPOLITAN PIER AND, EXPOSITION AUTHORITY, | ) ) ) ) | Magistrate Mason |
| Defendant. | ) | |

**JOINT MOTION FOR REFERRAL
FOR SETTLEMENT CONFERENCE**

Plaintiff Cynthia Redman and Defendant Metropolitan Pier and Exposition Authority jointly move this Court for a referral to Magistrate Judge Mason to conduct a settlement conference.

| | |
|---|---|
| CYNTHIA REDMAN, Plaintiff, | METROPOLITAN PIER AND EXPOSITION AUTHORITY, Defendant, |
| By:   s/ Paul F. Markoff     One of her attorneys | By:   s/ David S. Almeida     One of its attorneys |

Dated: August 1, 2008

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.782.5808

David S. Almeida
Drinker Biddle & Reath LLP
191 N. Wacker Dr., Ste. 3700
Chicago, IL 60606
312.569.1000

Paul F. Markoff
Markoff Law Firm, LLC
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.726.4162