**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Cynthia Redman

                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−01957
                                                   Honorable John A. Nordberg

Metropolitan Pier and Exposition Authority

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 1, 2008:

      MINUTE entry before the Honorable John A. Nordberg:MOTION by Plaintiff Cynthia Redman Referral for Settlement Conference (Joint Motion) [18] is granted. Status set for 10/1/2008 is stricken.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.