UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cynthia Redman

                      Plaintiff,

v.                                         Case No.: 1:08–cv–01957
                                                        Honorable John A. Nordberg

Metropolitan Pier and Exposition Authority

                      Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(tlp, )Mailed notice.


Dated: August 1, 2008

                                                                      /s/ John A. Nordberg

                                                                 United States District Judge