UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cynthia Redman
                                            Plaintiff,

v.                                                Case No.: 1:08–cv–01957
                                                        Honorable John A. Nordberg

Metropolitan Pier and Exposition Authority
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Status hearing set for 8/19/08 is stricken. Settlement conference set for 8/19/08 at 09:30 a.m. Parties are to strictly abide by this Court's Standing Order for Settlement Conference. Plaintiff's counsel to submit a courtesy copy of the parties joint letter by 8/14/08 to chambers room 2206.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.